BRUCE C. YOUNG, ESQ., Bar #5560
PETER D. NAVARRO, ESQ., Bar #10168
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway, Suite 300
Las Vegas, NV  89169-5937
Telephone:    702.862.8800
Fax No.:        702.862.8811

Attorneys for Defendant
SIGNATURE FLIGHT SUPPORT CORPORATION

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ALIN PEREZ, an individual; and KEVIN L. COMBS, an individual,<br><br>　　　　　　　Plaintiffs,<br><br>vs.<br><br>SIGNATURE FLIGHT SUPPORT CORPORATION, a Florida corporation,<br><br>　　　　　　　Defendant. | Case No. 2:12-cv-02206-MMD-CWH<br><br>**STIPULATION AND ORDER TO DISMISS ENTIRE ACTION WITH PREJUDICE** |

Plaintiffs ALIN PEREZ AND KEVIN L. COMBS and Defendant SIGNATURE FLIGHT SUPPORT CORPORATION, by and through their respective counsel of record, hereby stipulate and respectfully request an order dismissing this action in its entirety with prejudice, with each party to bear their own costs and attorneys' fees.

. . .

. . .

. . .

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas NV 89169-5937
702 862 8800

**IT IS SO STIPULATED.**

Dated: February 14, 2013.

Respectfully submitted,

/s/ Andrew L. Rempfer
ANDREW L. REMPFER, ESQ.
COGBURN LAW OFFICES

Attorneys for Plaintiff
ALIN PEREZ and KEVIN L. COMBS

Dated: February 14, 2013.

Respectfully submitted,

BRUCE C. YOUNG, ESQ.
PETER D. NAVARRO, ESQ.
LITTLER MENDELSON, P.C.

Attorneys for Defendant
SIGNATURE FLIGHT SUPPORT CORPORATION

**ORDER**

**IT IS SO ORDERED.**

Dated this 20th of February, 2013.

_____
UNITED STATES DISTRICT COURT JUDGE

Firmwide:117996663.1 055018.1018

2.